1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Caitlin Baunsgard
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

7
8
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

9

10  UNITED STATES OF AMERICA,

11                        Plaintiff,

12              v.

13  JUAN CARLOS HERNANDEZ,

14
15                        Defendant.
16
17
18
19
20

1:22-CR-2009-SAB

INDICTMENT

Vio:  21 U.S.C. §§ 841(a)(1),
      (b)(1)(A)(viii), 846
      Conspiracy to Distribute 500
      Grams or More of a Mixture or
      Substance Containing a
      Detectable Amount of
      Methamphetamine, Heroin,
      and Fentanyl

21 U.S.C. § 853
Forfeiture Allegation

21      The Grand Jury charges:

22      On a date unknown, but by on or about February 2021, and continuing to on
23
24  or about January 11, 2022, in the Eastern District of Washington and elsewhere,
25
26  the Defendant, JUAN CARLOS HERNANDEZ, and other individuals, both
27  known and unknown to the Grand Jury, did knowingly and intentionally combine,
28  conspire, confederate and agree together with each other to commit the following

INDICTMENT – 1

offense: distribution of 500 grams or more of methamphetamine, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); a

mixture or substance containing a detectable amount of heroin, a Schedule I

controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C); and a

mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled

substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C); all in violation of 21

U.S.C. § 846.

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and

incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of

21 U.S.C. §§ 841(a)(1), 846, as set forth in this Indictment, the Defendant, JUAN

CARLOS HERNANDEZ, shall forfeit to the United States of America, any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result

of such offense and any property used or intended to be used, in any manner or part, to

commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

INDICTMENT – 2

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided
      without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).

DATED this  11ᵗʰ day of January, 2022.

A TRUE BILL

Foreperson

_Vanessa Wiley_
Vanessa R. Waldref
United States Attorney

_signature_
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 3