# CHARGES AND PENALTIES

**CASE NAME:** JUAN CARLOS HERNANDEZ     **CASE NO.** 1:22-CR-2009-SAB-1

TOTAL # OF COUNTS: 1     ✓ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2022

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, Heroin, and Fentanyl | CAG not less than 10 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
|  | 21 U.S.C. § 853 | Forfeiture Allegation |  |