UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Hernandez, Juan Carlos.,<br><br>　　　　　Defendant | Case No.: 1:22-CR-2009-SAB<br><br>DEFENDANT'S ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS |

TO:   VANESSA R. WALDREF, UNITED STATES ATTORNEY
　　　CAITLIN A. BAUNSGARD, ASSISTANT UNITED STATES ATTORNEY

　　　I, the above-named defendant, hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with government official, including but not limited to law enforcement agents, except my counsel. I do not want the government or others acting on the government's behalf to question me, or contact me seeking a waiver of any rights, unless my counsel is present. The Government should instruct its agents.

　　　DATED this 14th day of January, 2022.

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　[signature] USPA 5857 for
　　　　　　　　　　　　　　　Juan Carlos Hernandez

~~Defendant permitted counsel to sign due to COVID-19~~ restrictions

DEFENDANT'S ASSERTION OF 5TH
AND 6TH AMENDMENT RIGHTS- 1