FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JUAN CARLOS HERNANDEZ,<br><br>       Defendant. | No. 1:22-CR-02009-SAB-1<br><br>**ORDER GRANTING MOTION TO WITHDRAW; REFERRING CASE FOR APPOINTMENT OF COUNSEL** |

　　　Before the Court is Counsel for Defendant's *Ex Parte* Motion to Withdraw and Request to Appoint Counsel, ECF No. 23. Defendant is represented by Tim Nguyen. The Government is represented by Caitlin Baunsgard.

　　　Counsel for Defendant states that he has accepted a different position outside the Eastern District of Washington and thus needs to withdraw. The Court finds good cause to grant the motion.

//
//
//
//
//
//

**ORDER GRANTING MOTION TO WITHDRAW; REFERRING CASE FOR APPOINTMENT OF COUNSEL** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's *Ex Parte* Motion to Withdraw and Request to Appoint Counsel, ECF No. 23, is **GRANTED**.

2. Tim Nguyen is granted leave to withdraw as counsel of record in the above-captioned case.

3. This matter is **referred** to Magistrate Judge Hutton for appointment of counsel.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel **and to** Magistrate Judge Hutton.

**DATED** this 15th day of February 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO WITHDRAW; REFERRING CASE FOR APPOINTMENT OF COUNSEL** # 2