FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS HERNANDEZ,

Defendant.

No. 1:22-CR-02009-SAB-1

**ORDER SETTING PRETRIAL CONFERENCE**

The Court held a hearing in the above-captioned matter on September 14, 2022 in Yakima, Washington. Defendant was represented by Ulvar Klein. The United States was represented by Caitlin Baunsgard, who appeared by video. Defendant appeared in the courtroom in the custody of the U.S. Marshals.

At the hearing, the Court reiterated that it would not accept the parties' Rule 11(c)(1)(C) plea agreement. Thus, Defendant orally moved to withdraw his plea agreement, which the Court accepted. The Court also set a pretrial conference to discuss next steps with the parties. This Order memorializes the Court's oral rulings.

//
//
//
//
//
//

**ORDER SETTING PRETRIAL CONFERENCE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court's Order Accepting Guilty Plea, ECF No. 35, and the parties' Plea Agreement, ECF No. 33, are **STRICKEN**.

2. The Court **sets** a pretrial conference for **September 27, 2022**, at **1:00 p.m.** in **Yakima**, Washington.

3. Pursuant to 18 U.S.C. § 3161(h)(1)(G) and 18 U.S.C. § 3161(h)(7)(A), the time between May 11, 2022, the date Defendant entered a plea of guilty, until September 27, 2022, the new pretrial conference date, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

**IT IS SO ORDERED**. The District Court Clerk is directed to file this Order and provide copies to counsel **AND TO** the United States Probation Office.

**DATED** this 14th day of September 2022.



Stanley A. Bastian
United States District Judge

**ORDER SETTING PRETRIAL CONFERENCE # 2**